# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

P.O. Box 1980 • Morristown, NJ 07962

Hand Delivery:

325 Columbia Turnpike • Florham Park, NJ 07932

973.514.1200 • fax 973.514.1660

www.bressler.com

Angela M. Scafuri
Member

Direct: 973-660-4440
ascafuri@bressler.com

May 26, 2010

Honorable Leonard D. Wexler, U.S.D.J.
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, NY  11722

Re: **Transportation Insurance Company, et al. v. Park Electrochemical Corp.**
    **Civil Action No. 2:10-cv-0091**

Dear Judge Wexler:

After receiving notification from the Court that the parties may proceed with submitting a briefing schedule to the Court on Plaintiffs/Counter-Defendants' Partial Motion to Dismiss Defendant/Counter-Plaintiff's Second Counterclaim and to Strike Defendant/Counter-Plaintiff's Sixth Affirmative Defense, the Parties respectfully request that the Court grant a stay of same pending the August 4, 2010 telephone conference with Magistrate Tomlinson. As detailed in the May 6, 2010 Scheduling Order, the Parties have agreed to exchange preliminary document discovery and attempt to facilitate settlement negotiations. If the Parties cannot resolve the matter by the August 4, 2010 telephone conference, Plaintiffs/Counter-Defendants will respectfully request to set a briefing schedule at that time. Defendant/Counter-Plaintiff consents to this request.

The Parties thank the Court for its consideration in this matter.

Respectfully submitted,

Angela M. Scafuri

AMS:js

cc: David N. Wynn, Esq. (via electronic mail)
    Mark Angelov, Esq. (via electronic mail)