# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

P.O. Box 1980 • Morristown, NJ 07962
Hand Delivery:
325 Columbia Turnpike • Florham Park, NJ 07932
973.514.1200 • fax 973.514.1660
www.bressler.com

Samuel J. Thomas
Member

Direct: 973-660-4455
sthomas@bressler.com

July 30, 2010

United States District Court
Eastern District of New York
ATTN: Financial Dept.
225 Cadman Plaza East
Brooklyn, New York  11201

Re: **Transportation Insurance Company, et al. v. Park Electrochemical Corp.**
Civil Action No. 2:10-cv-0091 (LDW) (AKT)

Dear Sir or Madam:

I am writing to request a refund of the $25 attorney admission fee, Receipt No. 0207-4260606, which was charged to my credit card on July 15, 2010 in connection with the above-referenced matter. The motion for pro hac vice admission, for which this fee was paid, was filed incorrectly, and the court requested this office withdraw the motion. Accordingly, the motion was withdrawn on July 16, 2010 and marked terminated in CM/ECF on July 19, 2010.

Thank you for your anticipated cooperation and attention to this matter.

Very truly yours,

*Samuel J. Thomas*
Samuel J. Thomas

SJT:js

APPLICATION GRANTED
SO ORDERED

_____
United States Magistrate Judge
Date: August 16, 2010
Central Islip, N.Y.

New Jersey • New York • Florida